IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTEN C. BOSSE,<br><br>　　　　　　　　　Defendant. | 8:02CR372<br><br>ORDER |

　　　Defendant Christen C. Bosse appeared before the court on Friday, May 16, 2014 on a Petition for Warrant for Offender Under Supervision [36]. The defendant was represented by Assistant Federal Public Defender Shannon P. O'Connor and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. Defendant waived his right to a preliminary examination. The government moved for detention. A detention hearing was held. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision.

　　　I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

　　　IT IS ORDERED:

　　　1.　　A final dispositional hearing will be held before Senior Judge Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on July 10, 2014 at 10:00 a.m. Defendant must be present in person.

　　　2.　　The defendant is to be released on current conditions of supervision.

　　　Dated this 16th day of May, 2014.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge